UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

William Davis

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 211    ( )( )

Defendant ____William Davis_____ hereby voluntarily consents to participate in the following proceedings via __x_ videoconferencing or _x__ teleconferencing:

___   Initial Appearance Before a Judicial Officer

x__   Arraignment before a U.S. Magistrate Judge

___   Bail/Detention Hearing

x___  Initial Conference Before a U.S. District Judge


William Davis  *DAH*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

William Davis

_____
Defendant's Counsel's Signature

Daniel A. Hochheiser


This proceeding was conducted by reliable video or telephone conferencing technology.

4/14/2021
_____
Date

_____*Judith C. McCarthy*_____
U.S. District Judge/U.S. Magistrate Judge