UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

William Davis

         Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 211 PMH

Defendant _____William Davis_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_x_ Conference Before a Judicial Officer

William Davis  _DAH_
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

William Davis

_____
Defendant's Counsel's Signature

Daniel A. Hochheiser

This proceeding was conducted by reliable video or telephone conferencing technology.

_4/29/21_
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge